UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN WHITE AND JULIE WHITE | * | CIVIL ACTION NO.: 3:23-cv-00572 |
| versus | * | HONORABLE JOHN W. DEGRAVELLES |
| USAA CASUALTY INSURANCE COMAPNY | * | MAGISTRTATE SCOTT D. JOHNSON |

## MOTION TO DISMISS

**ON MOTION** of plaintiffs, Brian White and Julie White, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled as to, USAA Casualty Insurance Company, and therefore they should be dismissed, with full prejudice, with each party to bear their own costs.

Respectfully submitted,

/s/ Darren W. Wilson
**DARREN W. WILSON (40660)**
Joubert Law Firm, A.P.L.C.
2171 Quail Run Drive
Baton Rouge, LA 70808
Telephone: (225) 761-3822
Email: darren@joubertlawfirm.com

File No. (0334.0322)