UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN WHITE AND JULIE WHITE

VERSUS

USAA CASUALTY INSURANCE COMPANY

CIVIL ACTION

23-572-SDD-SDJ

## ORDER

**CONSIDERING** the *Motion to Dismiss*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on April 4, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 15.

Jury